IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.

CELLULAR TELEPHONE NUMBER
ASSIGNED TO CALL NUMBER
(608) 547-9661

Defendant.

Case No. 13-mj-704

SEALED

SEALED

## ORDER

Application having been made by the United States for an Order pursuant to Federal Rule of Criminal Procedure 41, directing US Cellular to assist agents of the Federal Bureau of Investigation (FBI) by providing all information, facilities and technical assistance needed to ascertain the physical location of the cellular telephone assigned call number (608) 547-9661, hereinafter referred to as the "Target Telephone," including but not limited to data indicating the specific latitude and longitude of (or other precise location information concerning) the Target Telephone (the "Requested Information"), for a period of thirty (30) days;

The Court finds that there is probable cause to believe that the Requested Information will lead to the location of Randy Glenn Paulson who is charged in the Western District of Wisconsin with violating Title 18, United States Code, Section 2113(a).

IT IS HEREBY ORDERED pursuant to Federal Rule of Criminal Procedure 41 that US Cellular, beginning immediately and for a period not to exceed 30 days from the date

of this Order, provide to agents of the FBI the Requested Information[1] concerning the Target Telephone, with said authority to extend to any time of the day or night as required, all of said authority being expressly limited to ascertaining the physical location of the Target Telephone and expressly excluding the contents of any communications conducted by the user(s) of the Target Telephone.

It is further ORDERED that US Cellular, the service provider for the Target Telephone, initiate a signal to determine the location of the subject's mobile device on US Cellular's network or with such other reference points as may be reasonably available and at such intervals and times as directed by the law enforcement agent serving the proposed order, and furnish the technical assistance necessary to accomplish the acquisition unobtrusively and with a minimum of interference with such services as US Cellular's accords the user(s) of the Target Telephone.

It is further ORDERED that the FBI compensate US Cellular for reasonable expenses incurred in complying with any such request.

It is further ORDERED that the Court's Order and the accompanying Affidavit submitted in support thereof, as they reveal an ongoing investigation, be sealed until further Order of the Court in order to avoid premature disclosure of the investigation, guard against fugitives, and better ensure the safety of agents and others, except that copies of the Court's Order in full or redacted form may be maintained by the United

---

[1] Such information shall, where other information is unavailable, include records reflecting the tower and antenna face ("cell site") used by the Target Telephone at the start and end of any call.

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.

CELLULAR TELEPHONE NUMBER
ASSIGNED TO CALL NUMBER
(608) 547-9661

Defendant.

Case No. 13-mj-704

SEALED

**SEALED**

## ORDER

Application having been made by the United States for an Order pursuant to Federal Rule of Criminal Procedure 41, directing US Cellular to assist agents of the Federal Bureau of Investigation (FBI) by providing all information, facilities and technical assistance needed to ascertain the physical location of the cellular telephone assigned call number (608) 547-9661, hereinafter referred to as the "Target Telephone," including but not limited to data indicating the specific latitude and longitude of (or other precise location information concerning) the Target Telephone (the "Requested Information"), for a period of thirty (30) days;

The Court finds that there is probable cause to believe that the Requested Information will lead to the location of Randy Glenn Paulson who is charged in the Western District of Wisconsin with violating Title 18, United States Code, Section 2113(a).

IT IS HEREBY ORDERED pursuant to Federal Rule of Criminal Procedure 41 that US Cellular, beginning immediately and for a period not to exceed 30 days from the date

of this Order, provide to agents of the FBI the Requested Information[1] concerning the Target Telephone, with said authority to extend to any time of the day or night as required, all of said authority being expressly limited to ascertaining the physical location of the Target Telephone and expressly excluding the contents of any communications conducted by the user(s) of the Target Telephone.

It is further ORDERED that US Cellular, the service provider for the Target Telephone, initiate a signal to determine the location of the subject's mobile device on US Cellular's network or with such other reference points as may be reasonably available and at such intervals and times as directed by the law enforcement agent serving the proposed order, and furnish the technical assistance necessary to accomplish the acquisition unobtrusively and with a minimum of interference with such services as US Cellular's accords the user(s) of the Target Telephone.

It is further ORDERED that the FBI compensate US Cellular for reasonable expenses incurred in complying with any such request.

It is further ORDERED that the Court's Order and the accompanying Affidavit submitted in support thereof, as they reveal an ongoing investigation, be sealed until further Order of the Court in order to avoid premature disclosure of the investigation, guard against fugitives, and better ensure the safety of agents and others, except that copies of the Court's Order in full or redacted form may be maintained by the United

---

[1]Such information shall, where other information is unavailable, include records reflecting the tower and antenna face ("cell site") used by the Target Telephone at the start and end of any call.

States Attorney's Office, and may be served on Special Agents and other investigative and law enforcement officers of the FBI, federally deputized state and local law enforcement officers, and other government and contract personnel acting under the supervision of such investigative or law enforcement officers, and US Cellular as necessary to effectuate the Court's Order.

It is further ORDERED that this warrant be returned to the issuing judicial officer within 10 days after the termination of the execution of the warrant.

It is further ORDERED that, pursuant to 18 U.S.C. 3103a(b) and Federal Rule of Criminal Procedure 41(f)(3), service of notice may be delayed for a period of 30 days after the termination of the monitoring period authorized by the warrant.

It is further ORDERED that US Cellular, its affiliates, officers, employees, and agents not disclose the Court's Order or the underlying investigation, until notice is given as provided above.

Dated this 10th day of July, 2013.

Stephen L. Crocker
United States Magistrate Judge
Western District of Wisconsin

3